NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0683

STATE OF LOUISIANA

VERSUS

ANDRE JERMAINE PICKETT

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 265796
HONORABLE GEORGE CLARENCE METOYER, JR., DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Glenn B. Gremillion, Judges.

CONVICTION AFFIRMED;  REMANDED FOR RULING
ON MOTION TO RECONSIDER SENTENCE.

James C. Downs
District Attorney - 9th JDC
701 Murray Street
Alexandria, LA 71301
(318) 473-6650
COUNSEL FOR PLAINTIFF/APPELLEE
      State of Louisiana

**Edward Kelly Bauman**
**La Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**(337) 491-0570**
**COUNSEL FOR DEFENDANT/APPELLANT**
    **Andre Jermaine Pickett**

**Andre Jermaine Pickett**
**Rapides Par. Det Center**
**7400 Academy Dr.**
**Alexandria, LA 71302**
**COUNSEL FOR DEFENDANT/APPELLANT**
    **Andre Jermaine Pickett**